IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Jason Bishop, | ) |
| | ) |
| Petitioner, | ) Case No. 1:13-CV-227 |
| | ) |
| vs. | ) |
| | ) |
| Warden, Correctional Reception Center, | ) |
| | ) |
| Respondent. | ) |

O R D E R

On May 14, 2013, Magisitrate Judge Litkovitz issued a Report and Recommendation (Doc. No. 17) recommending that Petitioner Jason Bishop's motion to withdraw his petition for a writ of habeas corpus be withdrawn (Doc. No. 15) and that the case be dismissed without prejudice.  No objections to the Report and Recommendation have been filed within the time permitted by the Federal Rules of Civil Procedure.

Accordingly, the Court **ADOPTS** the Report and Recommendation.  Petitioner's motion to withdraw his petition for a writ of habeas corpus is well-taken and is **GRANTED**.  The petition is **DISMISSED WITHOUT PREJUDICE.  THIS CASE IS CLOSED.**

IT IS SO ORDERED.

Date June 4, 2013                    s/Sandra S. Beckwith
                                       Sandra S. Beckwith
                                       Senior United States District Judge